UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:10-CR-005(01) RM |
| ) | |
| ROBERT SUTTER ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on February 23, 2010 [Doc. No. 6]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Robert Sutter's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 841 and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:  March 16, 2010 

                           /s/ Robert L. Miller, Jr.
                           Judge
                           United States District Court